**Kevin SMITH, Plaintiff-Appellant,**

v.

**UNION PACIFIC RAILROAD COMPANY, Defendant-Appellee.**

**No. 15-15139**

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *
San Francisco, California

Filed December 16, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Charles D. Naylor, Esquire, The Law Offices of Charles Naylor, San Pedro, CA, Jeffrey Ragan Seely, Attorney, Gordon, Elias & Seely, L.L.P., Houston, TX, for Plaintiff-Appellant

Melissa S. Greenidge, Union Pacific Railroad Company, Law Department, Roseville, CA; Reha Kamas, General Attorney, Union Pacific Railroad Company, Salt Lake City, UT, for Defendant-Appellee

Before: KOZINSKI, BYBEE and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

The Federal Employers' Liability Act (FELA) was enacted "to secure jury determinations in a larger proportion of cases than would be true of ordinary common law actions." Mendoza v. S. Pac. Transp. Co., 733 F.2d 631, 633 (9th Cir. 1984). Only " 'slight' or 'minimal' evidence is needed to raise a jury question of negligence under FELA." Id. at 632 (citations omitted). Smith identifies a number of disputed factual issues: Did Union Pacific salt the parking lot on January 15, 2009? Would snow spikes have been available to Smith? Would Smith's injuries have been prevented had he been wearing snow spikes? On this record, it is "not outside the possibility of reason" that Union Pacific was negligent. Id. at 633. Because the question of negligence should be decided by a jury, S. Pac. Co. v. Guthrie, 180 F.2d 295, 300 (9th

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Cir. 1949), summary judgment was not appropriate.

**REVERSED** and **REMANDED.**